IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ARTHUR MURRY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 2:08-cv-25-WC |
| HODGES TRUCKING CO., a | ) |
| corporation, CHRISTOPHER BERNARD | ) |
| BANKS, et al, | ) |
| | ) |
| Defendants. | ) |

**CONFLICT DISCLOSURE STATEMENT**

Comes now **HODGES TRUCKING CO., a Georgia corporation,** a defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, joint ventures, limited liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    1.    This party is a corporation organized and existing under the laws of the State of Georgia.

    2.    There are no reportable relationships; that is, there are no parent companies, subsidiaries, partners, joint ventures, limited liability entity members and managers, trustees, affiliates, or other similar entities that could potentially pose a financial or professional conflict for a judge.

     s/   Robert E. Parsons
    Robert E. Parsons, Attorney for Defendant
    Hodges Trucking Company, a corporation

OF COUNSEL:

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600

CERTIFICATE OF SERVICE

     I hereby certify that I have on this __14th__ day of January, 2008, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Lawrence T. King
Ms. Lindsey O. Hill
King, Horsley & Lyons, LLC
1 Metroplex Drive, Suite 280
Birmingham, AL  35209

                                           /s   Robert E.  Parsons
                                           OF COUNSEL