IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

James Arthur Murry,  )
)
Plaintiff, )
)
v. ) CASE NO. 2:08cv25-WC
)
Hodges Trucking Co., et al., )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW _James Arthur Murry_, a _Plaintiff_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party
_____                      _____
_____                      _____
_____                      _____

1/18/2008                                   _[signature]_
Date                                        (Signature)

                                            Lindsey O. Hill
                                            (Counsel's Name)

                                            James ARthur Murry
                                            Counsel for (print names of all parties)
                                            King, Horsley & Lyons, LLC
                                            1 Metroplex Drive, Ste. 280, Birmingham, Alabama 35209
                                            Address, City, State Zip Code
                                            (205) 871-1310
                                            Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

**CERTIFICATE OF SERVICE**

I, Lindsey O. Hill_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 18th____ day of January_____ 20 08 to:

Robert E. Parsons, Esq.

Dorothy A. Powell, Esq.

Parsons, Lee & Juliano, P.C.

P.O. Box 530630

Birmingham, Alabama  35223-2480

1/18/2008
Date

[signature: Lindsey O. Hill]
Signature