IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ARTHUR MURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 2:08-cv-25-WC |
| HODGES TRUCKING CO., a | ) |
| corporation, CHRISTOPHER BERNARD | ) |
| BANKS, et al, | ) |
| | ) |
| Defendants. | ) |

**REPORT OF PARTIES' PLANNING MEETING**

1.  Pursuant to Fed.R.Civ.P. 26(f), a conference was held on January 21, 2008, in the law offices of Parsons, Lee & Juliano, P.C., Birmingham, Alabama, and was attended by:

> **Lindsey O. Hill,** Attorney for the Plaintiff.
>
> **Robert E. Parsons**, Attorney for Defendants, Hodges Trucking Company and Christopher Bernard Banks.

2.  **Pretrial Disclosures.**  The parties will exchange by March 10, 2008, the information required by Fed.R.Civ.P. 26(a)(1).

3.  **Discovery Plan.**  The parties jointly propose to the Court the following discovery plan:

> Discovery will be needed on the following subject:
>
> The relevant facts and circumstances attendant to a motor vehicle accident which occurred on August 31, 2005, on Interstate 65 in Chilton County, Alabama when a

tractor-trailer operated by Defendant Christopher Bernard Banks, an employee of Hodges Trucking Company acting within the line and scope of his employment, collided with a truck operated by the Plaintiff, James Arthur Murry.

All discovery to be commenced in time to be completed by July 1, 2008.

Maximum of 40 interrogatories by the Defendants to the Plaintiff and a maximum of 40 interrogatories by the Plaintiff to the Defendants. Answers and/or objections to the interrogatories due 45 days after service of the same.

Maximum of 25 requests for admissions by the Defendants to the Plaintiff and a maximum of 25 requests for admissions by the Plaintiff to the Defendants. Responses and/or objections to said requests for admissions due 45 days after service of the same.

Maximum of 10 depositions for the Plaintiff and a maximum of 10 depositions for the Defendants.

Reports from retained experts under Rule 26(a)(2) due:

> From the Plaintiff by August 1, 2008. The Plaintiff will make the expert(s) available for deposition(s) by September 15, 2008.
>
> From the Defendants by October 1, 2008. The Defendants will make the expert(s) available for deposition(s) by November 15, 2008.

4.   **Other Items.**  The parties do not request a conference with the Court before entry of a scheduling order.

Plaintiff will be allowed until December 1, 2008, to join additional parties and until December 1, 2008, to amend the complaint of the Plaintiff.

Defendants will be allowed until December 15, 2008, to amend its (his) answer or other pleadings.

All potentially dispositive motions should be filed by December 15, 2008.

Trial witness and exhibits lists under Rule 26(a)(3) shall be due from the parties 45 days prior to trial setting.

The parties shall have 14 days after service of final lists of trial witnesses and trial evidence to list objections under Rule 26(a)(3).

The parties request a pretrial conference in November or December 2008.

Mediation or other alternative dispute resolution procedure may enhance settlement prospects.

The case should be ready for trial by January 1, 2009. The estimated trial length is two days.

          s/ Lindsey O. Hill
Lindsey O. Hill
Attorney for Plaintiff

OF COUNSEL:

KING, HORSLEY & LYONS, LLC
1 Metroplex Drive, Suite 280
Birmingham, AL 35209
(205) 871-1310

          s/ Robert E. Parsons
Robert E. Parsons (PAR006)
Attorney for Defendants

OF COUNSEL:

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600