IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ARTHUR MURRY, | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 2:08-cv-25-WC |
| HODGES TRUCKING CO., a corporation, CHRISTOPHER BERNARD BANKS, et al, | ) ) ) ) |
| Defendants. | ) |

*[Stamp: RECEIVED 2008 FEB 13 A 10:15 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA]*

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and order the entry of a final judgment.

February 11, 2008
DATE

Robert E. Parsons   (PAR006)

Parsons, Lee & Juliano, Inc.
Counsel for Hodges Trucking Company and
Christopher Bernard Banks

2801 Highway 280 South
300 Protective Center
Birmingham, AL  35223-2480
(205) 326-6600

## CERTIFICATE OF SERVICE

  I hereby certify that I have on this __11th__ day of February, 2008, served a copy of the foregoing by placing a true and correct copy of same in the United States Mail, postage preparid and properly addressed to the following:

Mr. Lawrence T. King
Ms. Lindsey O. Hill
King, Horsley & Lyons, LLC
1 Metroplex Drive, Suite 280
Birmingham, AL 35209

_____
Robert E. Parsons (PAR006)