IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ARTHUR MURRY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 2:08cv25-WC |
| HODGES TRUCKING CO., et al., | ) |
| Defendants. | ) |

CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636©), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

February 19, 2008

Lawrence T. King (KIN028)
Lindsey O. Hill (HIL055)

King, Horsley & Lyons, LLC
Counsel for James Arthur Murry

1 Metroplex Drive, Ste. 280
Birmingham, Alabama 35209
(205) 871-1310

## CERTIFICATE OF SERVICE

  I hereby certify that I have on this the ___19th___ day of February, 2008, served a copy of the foregoing by placing a true and correct copy of same in the United States Mail, postage prepaid and properly addressed to the following:

Robert E. Parsons, Esq.
Parsons, Lee & Juliano
2801 Highway 280 South
300 Protective Center
Birmingham, Alabama 35223-2480