IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ARTHUR MURRY, ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 2:08-cv-25-WC |
| ) | |
| HODGES TRUCKING CO., ) | |
| a corporation, CHRISTOPHER ) | |
| BERNARD BANKS, ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF DEPOSITION

**TO:**   Robert E. Parsons, Esq.
     Parsons, Lee & Juliano, P.C.
     P.O. Box 530630
     Birmingham, Alabama   35253-0630

   Please take notice that the Plaintiff will take the testimony by deposition for the purpose of discovery or for use as evidence in this action, or for both purposes, in accordance with the provisions of Rule 26, et seq., of the Alabama Rules of Civil Procedure.

   **DEPOSITION OF:**   Christopher Bernard Banks

   **PLACE:**     Parsons, Lee & Juliano
         300 Protective Center
         2801 Highway 280 South
         Birmingham, Alabama   35223

   **DATE:**     June 2, 2008

   **TIME:**     10:00 a.m.

   Dated this the   2nd   day of   May  , 2008.

      /s/   Lindsey O. Hill  
Lindsey O. Hill (HIL055)  
Lawrence T. King (KIN028)  
Attorneys for Plaintiff

**OF COUNSEL:**

King, Horsley & Lyons, LLC  
1 Metroplex Drive, Ste. 280  
Birmingham, Alabama   35209  
(205) 871-1310

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Pleading on all counsel of record listed below by U.S. Mail, postage prepaid, on this the   2nd   day of   May , 2008.

Robert E. Parsons, Esq.  
Parsons, Lee & Juliano, P.C.  
P.O. Box 530630  
Birmingham, Alabama   35253-0630

      /s/   Lindsey O. Hill  
      OF COUNSEL

cc:     Lori May, Court Reporter