IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ARTHUR MURRY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) CIVIL ACTION NO. 2:08-cv-25-WC |
| HODGES TRUCKING CO., a | ) |
| corporation, CHRISTOPHER BERNARD | ) |
| BANKS, et al, | ) |
| | ) |
| Defendants. | ) |

**PARTIES' JOINT MOTION TO EXTEND DISCOVERY DEADLINE**

Come now the Plaintiff and the Defendants, by and through their respective counsel of record, and move the Court to issue an order amending SECTION 7 of the UNIFORM SCHEDULING ORDER and as grounds therefor show the following:

1. On March 17, 2008, the Court issued a UNIFORM SCHEDULING ORDER providing in SECTION 7 that all discovery shall be completed on or before July 1, 2008.

2. The parties have diligently conducted pretrial discovery; however, due to circumstances beyond their control, the parties have been required to reschedule the deposition of a witness that lives in Georgia due to conflicts with the witness' availability.

3. The case is set for jury selection commencing February 2, 2009 and the UNIFORM SCHEDULING ORDER provides that any dispositive motions shall be filed no later than September 18, 2008.

PREMISES CONSIDERED, the parties jointly move the Court to issue an order amending SECTION 7 of the UNIFORM SCHEDULING ORDER to provide that all discovery shall be completed on or before September 2, 2008.

Respectfully submitted,

 s/  Lindsey O. Hill
Lawrence T. King (KIN028)
Lindsey O. Hill (HIL055)
Attorneys for Plaintiff

OF COUNSEL:

KING, HORSLEY & LYONS, LLC
1 Metroplex Drive, Suite 280
Birmingham, AL  35209
(205) 871-1310

 s/   Robert E.  Parsons
Robert E.  Parsons (PAR006)
Attorney for Defendants

OF COUNSEL:

PARSONS, LEE & JULIANO, P.C.
300 Protective Center
2801 Highway 280 South
P. O. Box 530630 (35253-0630)
Birmingham, AL 35223-2480
(205) 326-6600