IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES ARTHUR MURRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08cv25-WC |
| | ) |
| HODGES TRUCKING CO., *et al.,* | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the Parties' Joint Motion to Extend Discovery Deadline (Doc. #18), is it

ORDERED the Motion (Doc. #18) is GRANTED.

DONE this 2nd day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE